Prob 12C (12/04)  
(D/KS 04/22)

PACTS# 3550673

# United States District Court
## for the
## District of Kansas

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Xzavier Christian Guliford**  Case Number: **1083 6:17CR10070-001**
**1083 6:23CM60044-001**

Sentencing Judicial Officer: **1083 6:17CR10070-001-** Honorable Eric F. Melgren, Chief U.S. District Judge

Sentencing Judicial Officer: **1083 6:23CM60044-001-** Honorable Xavier Rodriguez, U.S. District Judge
Reassigned Judicial Officer: Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence: **1083 6:17CR10070-001-** 09/21/2017
**1083 6:23CM60044-001-** 06/18/2019

Original Offense:  **1083 6:17CR10070-001-** Felon in Possession of a Firearm
**1083 6:23CM60044-001-** Interference with Commerce by Robbery Conspiracy and Theft of Firearms from a Federal Firearm Licensee; Aiding and Abetting

Original Sentence: **1083 6:17CR10070-001-** 37 Months Prison, 36 Months Supervised Release
**1083 6:23CM60044-001-** 70 Months Prison, 36 Months Supervised Release

Type of Supervision:  TSR                              Date Supervision Commenced:  06/16/2023
Asst. U.S. Attorney:  Lanny D. Welch                   Defense Attorney:  David J. Freund

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that Mr. Guliford has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **1083 6:23CM60044-001-** <u>Mandatory Condition #7:</u> **You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.**<br><br>Mr. Guliford has failed to make a payment toward his court ordered monetary penalties since commencing supervision. |
| 2 | **1083 6:17CR10070-001-** <u>Standard Condition #13:</u> **You must follow the instructions of the probation officer related to the conditions of supervision.** |

Prob 12C                                                                                      -2-
*Name of Offender:* Xzavier Christian Guliford          *Case Number:* 1083 6:17CR10070-001
                                                                       1083 6:23CM60044-001

**1083 6:23CM60044-001-** <u>**Standard Condition #13:**</u> **The defendant shall follow the instructions of the probation officer related to the conditions of supervision.**

On 08/01/2023, Mr. Guliford was emailed the list of open child support cases in Sedgwick County and directed to set up payment with Child Support Enforcement (CSE). Mr. Guliford has failed to contact CSE.

On 08/28/2023, Mr. Guliford reported to the US Probation office and was directed to provide this officer with ER paperwork showing the results of an X-ray he received on 08/10/2023, diagnosing him with a back injury. Mr. Guliford failed to provide any verification of this diagnosis.

On 08/29/2023, Mr. Guliford was directed to provide verification of the results of his X-ray. Mr. Guliford again failed to provide this verification.

On 09/15/2023, Mr. Guliford was directed to provide verification of the results of his X-ray. Mr. Guliford again failed to provide this verification.

3    **1083 6:17CR10070-001-** <u>**Special Condition #1:**</u> **You must participate as directed in a cognitive behavioral program and follow the rules and regulations of that program which may include MRT, as approved by the United States Probation and Pretrial Services Office. You must contribute toward the cost, to the extent you are financially able to do so, as directed by the U.S. Probation Officer.**

On 08/05/2023, 08/19/2023, 08/26/2023, and 09/16/2023, Mr. Guliford failed to attend MRT. Mr. Guliford has been terminated from MRT for failure to participate as directed.

<u>U.S. Probation Officer Recommendation:</u>

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 09/20/2023

by  *(signed)* Adam C. Paredes
Adam C. Paredes
Senior U.S. Probation Officer

Approved:
*(signed)*
Justin Hoffman, SUSPO

Prob 12C -3-
*Name of Offender:  Xzavier Christian Guliford*     *Case Number:  1083 6:17CR10070-001*
                                                      *1083 6:23CM60044-001*

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Issuance of a Warrant.  Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record.  Docket Entry, Petition, and Warrant unsealed upon arrest.
☒ The Issuance of a Summons
☐ Other:


s/ Eric F. Melgren
Signature of Judicial Officer

9/21/2023
Date

Defendant to appear on September 27, 2023 at 1:30 pm
before the Honorable Gwynne E. Birzer, U.S. Magistrate Judge,
Courtroom Number 326 in Wichita, Kansas.